UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LATROY DIGGS                                                    CIVIL ACTION

VERSUS                                                          NO. 10-97

NELSON COLEMAN CORR. CTR., ET AL.                               SECTION: "J"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 17th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE